UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyquell Laquan Wallace**                    **Docket No. 5:21-CR-299-1FL**

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyquell Laquan Wallace, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and Possession of a Firearm With an Obliterated or Altered Serial Number, in violation of 18 U.S.C. §§ 922(k) and 924(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 17, 2022, to the custody of the Bureau of Prisons for a term of 62 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tyquell Laquan Wallace was released from custody on January 22, 2026, at which time the term of supervised release commenced. On May 14, 2026, the case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is being supervised in the Western District of North Carolina by U.S. Probation Officer Kyle Kusmierczyk. Based on the nature and circumstances of his instant offense, the defendant was approached with a waiver to add a search condition utilizing the standard language adopted in the Western District of North Carolina. He signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall submit to a search if the Probation Officer has a reasonable suspicion that the defendant has committed a crime or a violation of a condition of supervised release.  Such a search may be conducted by a U.S. Probation Officer, and such other law enforcement personnel as the probation officer may deem advisable, without a warrant or the consent of the defendant. Such search may be of any place where evidence of the above may reasonably be expected to be found, including defendant's person, property, house, residence, vehicle, communications or data storage devices or media or office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: May 19, 2026

**Tyquell Laquan Wallace**
**Docket No. 5:21-CR-299-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ____28th____ day of _____May_____, 2026, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge