UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyquell Laquan Wallace**                    **Docket No. 5:21-CR-299-1FL**

**Petition for Action on Supervised Release**

COMES NOW Henry Ponton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyquell Laquan Wallace, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and Possession of a Firearm With an Obliterated or Altered Serial Number, in violation of 18 U.S.C. §§ 922(k) and 924(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 17, 2022, to the custody of the Bureau of Prisons for a term of 62 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tyquell Laquan Wallace was released from custody on January 22, 2026, at which time the term of supervised release commenced. On May 14, 2026, the case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge. On May 28, 2026, Your Honor modified his conditions of release to include a search condition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant continues to be supervised by U.S. Probation Officer Kyle Kusmierczyk in the Western District of North Carolina. To assist in his overall adjustment back to the community, the defendant was approached about modifying his conditions of release to include mental health treatment. He agreed and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a mental health evaluation and treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program (including, but not limited to, provider, location, modality, duration, and intensity). The defendant shall take all mental health medications as prescribed by a licensed health care practitioner.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Henry Ponton
Henry Ponton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: July 10, 2026

**Tyquell Laquan Wallace**
**Docket No. 5:21-CR-299-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____13th_____ day of _____July_____, 2026, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge